AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Trippe Manufacturing Co.**
was received by me on *(date)* **11-18-14**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Lashawn Deros**, who is designated by law to accept service of process on behalf of *(name of organization)* **IL Corp. Service Co.** on *(date)* **11-18-14** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11-18-14**

Server's signature

**Zach Higdon    Process Server**
Printed name and title

**1032 S. 2nd St. Spfld, IL 62704**
Server's address

Additional information regarding attempted service, etc:


