# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRIPPE MANUFACTURING ) <br> COMPANY ) <br> ) <br> Defendant. ) <br> ) | **Civil Action File No.** <br> **1:14-cv-3612-SCJ** |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Trippe Manufacturing Company and plaintiff Tridia Corporation, by and through their respective undersigned counsel, jointly file this motion to extend the time for Trippe to answer, move, or otherwise respond to Tridia's Complaint through and including January 9, 2015.

Tridia filed its Complaint on November 7, 2014. Trippe only recently retained undersigned counsel in this matter. Counsel for Trippe requires additional time to investigate the allegations in the Complaint in order to answer, move, or otherwise respond. This extension will not unduly delay the case, but will give Trippe the opportunity to adequately investigate and respond to the claims raised in the Complaint.

The parties have attached as Exhibit A a proposed Consent Order for the Court's consideration.

Respectfully submitted this 8th day of December, 2014.

CONSENTED TO BY:

<div style="columns:2">

s/ Douglas D. Salyers
Douglas D. Salyers, Esq.
Georgia Bar No. 623425
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308-2216
Tel: 404.885.3208
Fax: 404.885.3900
doug.salyers@troutmansanders.com

*Attorney for Plaintiff Tridia Corporation*

/s/  Jeffrey J. Toney
Jeffrey Toney, Esq.
Georgia Bar No. 714615
KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP
1349 West Peachtree Street, N.W.
Suite 1500
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
jtoney@kasowitz.com

*Attorneys for Defendant*
Trippe Manufacturing Co.

</div>

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(c) and 7.1.D.

This 8th day of December, 2014.

<div style="text-align: right;">

/s/  Jeffrey J. Toney
Jeffrey J. Toney
Georgia Bar No. 714615

</div>

## **CERTIFICATE OF SERVICE**

This is the certify that on this 8th day of December, 2014, I electronically filed the within and foregoing **Consent Motion For Extension Of Time For Defendant To Answer, Move Or Otherwise Respond To The Complaint** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Douglas D. Salyers, Esq.
>Georgia Bar No. 623425
>TROUTMAN SANDERS LLP
>Bank of America Plaza
>600 Peachtree Street NE, Suite 5200
>Atlanta, GA 30308-2216
>doug.salyers@troutmansanders.com

This 8th day of December, 2014.

>/s/  Jeffrey J. Toney
>Jeffrey J. Toney
>Georgia Bar No. 714615

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRIDIA CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No.** |
| | ) | **1:14-cv-3612-SCJ** |
| v. | ) | |
| | ) | |
| TRIPPE MANUFACTURING COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### [Proposed] ORDER

The Court, upon good cause shown, hereby grants the parties' joint Consent Motion for an extension of time for defendant to answer, move or otherwise respond to plaintiff's complaint.

It is ORDERED that defendant shall so respond to plaintiff's complaint on or before January 9, 2015.

ENTERED on this ___ day of _____, 2014

_____
United States District Judge

### EXHIBIT A