UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>TRIPPE MANUFACTURING )<br>COMPANY )<br>)<br>      Defendant. )<br>) | **Civil Action File No.**<br>**1:14-cv-3612-SCJ** |

### SECOND CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Trippe Manufacturing Company and plaintiff Tridia Corporation, by and through their respective undersigned counsel, jointly file this motion to extend the time for Trippe to answer, move, or otherwise respond to Tridia's Complaint through and including February 9, 2015.

Tridia filed its Complaint on November 7, 2014. The parties agreed to a first extension of the time to answer, and Trippe's answer is currently due January 9, 2015. In the past week, the parties agreed in principle to the major terms of a tentative settlement, and seek this further extension through February 9, 2015 to allow the parties time to memorialize that settlement. This extension will not unduly delay the case, but will give the parties sufficient time to finalize their

settlement without engaging in the time and expense of preparing answers, counterclaims, and responses to counterclaims.

The parties have attached as Exhibit A a proposed Consent Order for the Court's consideration.

Respectfully submitted this 7th day of January 2015.

CONSENTED TO BY:

| | |
|---|---|
| /s/ Puja R. Patel | /s/ Jeffrey J. Toney |
| Douglas D. Salyers, Esq. | Jeffrey Toney, Esq. |
| Georgia Bar No. 623425 | Georgia Bar No. 714615 |
| Puja R. Patel, Esq. | KASOWITZ, BENSON, TORRES & |
| Georgia Bar No. 320796 | FRIEDMAN LLP |
| TROUTMAN SANDERS LLP | 1349 West Peachtree Street, N.W. |
| Bank of America Plaza | Suite 1500 |
| 600 Peachtree Street NE, Suite 5200 | Atlanta, Georgia 30309 |
| Atlanta, GA 30308-2216 | Telephone: (404) 260-6080 |
| Tel: 404.885.3208 | Facsimile: (404) 260-6081 |
| Fax: 404.885.3900 | jtoney@kasowitz.com |
| doug.salyers@troutmansanders.com | |
| | *Attorneys for Defendant* |
| *Attorney for Plaintiff Tridia Corporation* | *Trippe Manufacturing Co.* |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(c) and 7.1.D.

This 7th day of January 2015.

                                          /s/ Jeffrey J. Toney  
                                        Jeffrey J. Toney  
                                        Georgia Bar No. 714615

## **CERTIFICATE OF SERVICE**

This is the certify that on this 7th day of January 2015 I electronically filed the within and foregoing **Second Consent Motion For Extension Of Time For Defendant To Answer, Move Or Otherwise Respond To The Complaint** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Douglas D. Salyers, Esq.
>Georgia Bar No. 623425
>TROUTMAN SANDERS LLP
>Bank of America Plaza
>600 Peachtree Street NE, Suite 5200
>Atlanta, GA 30308-2216
>doug.salyers@troutmansanders.com

This 7th day of January 2015.

>/s/  Jeffrey J. Toney
>Jeffrey J. Toney
>Georgia Bar No. 714615