UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION ) | |
| ) | |
| Plaintiff, ) | **Civil Action No.** |
| ) | **1:14-cv-3612-SCJ** |
| v. ) | |
| ) | |
| TRIPPE MANUFACTURING ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The Court, upon good cause shown, hereby grants the parties' joint Second Consent Motion For An Extension Of Time For Defendant To Answer, Move Or Otherwise Respond To Plaintiff's Complaint.

It is ORDERED that defendant shall so respond to plaintiff's complaint on or before February 9, 2015.

ENTERED on this 7th day of January, 2015.

s/Steve C. Jones
United States District Judge